**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CYNTHIA BUTLER-RANCE,**

          **Plaintiff,**

-vs-                                            Case No. 6:06-cv-1422-Orl-31KRS

**SWISS COLONY, INC., GINNY'S**
**MIDNIGHT VELVET, and SEVENTH**
**AVENUE,**

          **Defendants.**

_____

## ORDER

This is a Fair Credit Reporting Act case. The Plaintiff, Cynthia Butler-Rance ("Butler-Rance"), earlier filed identical claims[1] against these and several other defendants, but her claims against these defendants were dismissed when Rance failed to respond to a Rule 12(b)(6) motion. However, because claims remain pending against the other defendants in the earlier case, and because no party in that case has filed a Rule 54(b) motion, no final judgment has been entered as to the dismissed claims. This lack of finality prevents *res judicata* or collateral estoppel from operating to preclude this suit. Nonetheless, these claims remain a part of the earlier suit, and Butler-Rance is not free to seek another forum for them – even though, by the luck of the draw, she happened to end up before the same judge a second time. *See Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Haydu*, 675 F.2d 1169, 1174 (11th Cir. 1982) (stating that, in the absence of

---

[1] Case No. 6:06-cv-332-GAP-JGG, styled *Butler-Rance v. Swiss Colony, Inc. et al*.

compelling circumstances, "the court initially seized of a controversy should be the one to decide the case").

After reviewing the papers, the Court finds that ignorance rather than bad faith or a desire to harass motivated Butler-Rance to file this second suit, and the Court will therefore deny the Defendants' request for attorneys' fees pursuant to 15 U.S.C. § 1681n(c) & 15 U.S.C. § 1681o(b).

In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Defendants' Motion to Dismiss (Doc. 11) is **GRANTED IN PART AND DENIED IN PART**. This case is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to enter judgment and close the case. In all other respects, the motion is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 3, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party